AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

Maria do Rosário Veiga

**SUMMONS IN A CIVIL CASE**

V.

World Meteorological Organisation,
Michel Jarraud, Jorge Cortès,
Joachim Muller, and Iwona Rummel-Bulska

CASE NUMBER:

**07 CV 3182**

JUDGE MARRERO

TO: (Name and address of defendant)

Joachim Muller
chemin des Chapelles 4
CH-1297 Founex/VD
Switzerland

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20 (twenty)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8/20/2007 |
| NAME OF SERVER (PRINT)  Monika Ona Bileris, Esq. | TITLE  Plaintiff's Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
by Request for Service Abroad of Judicial or Extrajudicial Documents (sent via Fed Ex)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/20/2007___      _[signature]_
           Date                   Signature of Server

212 West 104 St., 4D, New York, NY  10025
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.