**MONIKA ONA BILERIS, ESQ.**

212 WEST 104 STREET, #4D, NEW YORK, NEW YORK 10025
TEL: (917) 826-4588 ♦ FAX: (443) 587-0452

E-MAIL: MONIKA.BILERIS@GMAIL.COM

October 3, 2007

By First Class Mail

The Honorable Victor Marrero
Suite 660
United States Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-5-07

Re: *Veiga v. United Nations, et al.*, 07 CV 3182 (VM)

Dear Judge Marrero:

    With regard to the above referenced matter, pursuant to your order to the Plaintiff of 6 July 2007, the Plaintiff has effected personal service upon the Defendant World Meteorological Organisation by causing a copy of the complaint, a summons, the Plaintiff's Motion to Amend filed 10 May 2007, and the Court's orders thereon to be mailed by first class mail to the Defendant WMO on or about 13 August 2007 at its New York City office address. The Plaintiff has also served the Defendant Iwona Rummel-Bulska on or about 13 August 2007 by way of the NY Long-Arm Statute by causing a copy of the Complaint, summons and motion to be sent to her by registered mail at her last known address in Nairobi, Kenya. As of the present date, the Plaintiff or its counsel has received no answer from the Defendant WMO or the Defendant Rummel-Bulska, nor any notice of appearance of counsel for said Defendants.

    Additionally, the Plaintiff has caused the complaint, summons and said Motion to Amend to be translated into French, and has transmitted same to the Swiss Foreign Ministry in Bern, Switzerland by overnight courier on or about 20 August 2007 pursuant to the requirements of the Hague Convention concerning the service abroad of judicial or extrajudicial documents. We are presently awaiting notification from the Swiss government of when they have served the documents on the individual defendants resident in Switzerland, although based on past experience using the Hague Convention for service, we expect it could be an additional three or four months before the Defendants in Switzerland are properly served.

    We would therefore respectfully request this Court, in light of the time that has passed since the proper service of the complaint, summons, and said Motion to Amend upon the Defendants WMO and Rummel-Bulska, on or about 13 August 2007, and the lack of reply from said Defendants WMO and Rummel-Bulska thereto, that the Court issue a ruling on the

Plaintiff's Motion to Amend filed 10 May 2007 as to the said Defendants WMO and Rummel-Bulska only (making the Court's dismissal order of 7 May 2007 expressly conditional upon the Defendants' waiver of their statute of limitations, immunity and other defenses in Switzerland, within a time certain, in order to allow the Plaintiff to prosecute her claims in Swiss national courts, failing which, the case would be reinstated in the NYSD District Court).

    Thank you for your courtesy and consideration in this matter. The Plaintiff will advise the Court immediately upon notice of service upon the remaining individual defendants resident in Switzerland pursuant to the Hague Convention.

                        Sincerely,

                        Monika Bileris, Esq.

CC: Defendant WMO (NY Office)
      Defendant Rummel-Bulska

> Plaintiff has not established that under applicable law governing the WMO, which is headquartered in Switzerland, service by regular mail at an office in New York is sufficient to confer jurisdiction. Plaintiff may renew the application upon confirmation of this question and that service has been properly made on the other
> 
> **SO ORDERED:** defendants in Switzerland.
> 
> 10-5-07
> DATE     VICTOR MARRERO, U.S.D.J.