UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Maria do Rosário VEIGA

                 Plaintiff,

                 -against-                         07 CIVIL 3182 (V.M.)

WORLD METEOROLOGICAL
ORGANISATION, et al.

                 Defendant.

-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _MONIKA ONA BILERIS_

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _MB 1121_

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* _605 West 112 Street, #6J, New York, NY 10025_

☐ *Telephone Number:* _same_

☐ *Fax Number:* _same_

☐ *E-Mail Address:* _same on file_

Dated: _3/10/08_