AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Maria do Rosario Veiga

**SUMMONS IN A CIVIL ACTION**

V.

World Meteorological Organisation, M. Jarraud, J. Cortes, J. Muller, and I. Rummel-Bulska

CASE NUMBER: 07 CV 3182

TO: (Name and address of Defendant)

World Meteorological Organisation
7bis, avenue de la Paix
Case Postale No. 2300
CH-1211 Geneva 2, Switzerland

AUG 17 2007
U.S.D.C, S.D. N.Y.
CASHIERS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

4/20/2007

CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  4/15/2008 |
| NAME OF SERVER *(PRINT)*  Monika Ona Bileris, Esq. | TITLE  Plaintiff's Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   WMO Liaison Office in New York, 3rd floor, Room A-302, 866 United Nations Plaza, New York, NY 10017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/15/2008___
           Date

*Signature of Server*

605 West 112 Street, #6J, New York, NY 10025
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MONIKA BILERIS, ESQ.
605 West 112 St, #6J
New York, NY 10025

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UPMC Liaison Office in NY
3d Floor, Rm A-302
866 United Nations Plaza
New York, NY 10017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 2760 0002 7932 4564

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540