# MONIKA ONA BILERIS, ESQ.

605 WEST 112 STREET, #6J, NEW YORK, NEW YORK 10025
TEL: (917) 826-4588 ♦ FAX: (443) 587-0452

E-MAIL: MONIKA.BILERIS@GMAIL.COM

Hon. Victor Marrero
Suite 660
United States Courthouse
500 Pearl Street
New York, NY 10007

MAY 2 1 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _
DATE FILED 5-22-08

May 20, 2008

RE:   *Veiga v. WMO et al.*, No. 07 CV 3182 (VM)

Dear Judge Marrero:

We are in receipt of Clerk McMahon's letter to us in the above referenced case dated 2 May 2008, received on or about 7 May 2008, in which he forwarded to us a letter and other documents that were forwarded to the Court by the purported legal advisor of the Defendant WMO, without copy to us.

In view of the statements and representations contained therein, we would respectfully request the Court to allow the Plaintiff's Motion for Reconsideration under FRCP N° 59 which has been pending before the Court since 10 May 2007, and to expressly make the Court's initial dismissal of this action on the grounds of *forum non conveniens* conditional upon the Defendants' express waiver of their immunity and other statute of limitations defenses in Switzerland in order to allow the Plaintiff to bring her claims before the Swiss courts. In view of the statements and representations contained in the said letter of the Defendant WMO's legal advisor, we would also respectfully request the Court to determine that the Defendants to date have refused to waive, and clearly have no intention in the future of waiving, such immunity and defenses in Switzerland, and that therefore, the matter should not be dismissed on the grounds of FNC, for with the refusal of the Defendants to waive their immunity and other limitations defenses, there are no other convenient fora in which the Plaintiff may bring her claims.

Finally, we would also respectfully request the Court to consider and construe the letter and submissions of the Defendant WMO legal advisor to be a motion to dismiss for lack of subject matter jurisdiction under FRCP 12(b)(1), and to allow the plaintiff to file a formal opposition to such motion, as the plaintiff believes the statutes and treaties cited in said letter are unconstitutional and unenforceable. We also believe that the US Government by way of the US Attorney's office is entitled to notice of such a motion.

We thank the Court for its courtesy in this regard, and await its further instructions and/or orders in this matter.

Respectfully submitted,

Monika Ona Bileris, Esq.
605 West 112 Street, 6J
New York, New York  10025
917-826-4588

Edward Patrick Flaherty, Esq.
Schwab, Flaherty, Hassberger, Crausaz & Associes
Case postale 510
CH-1211 Geneva 17, Switzerland
Tel.  4122 840 5000
Fax  4122 840 5055

CC:  Serrin Turner, Assistant United States Attorney

> The Court considers defendants' letter to the Clerk of Court as a motion to dismiss for lack of subject matter jurisdiction. Plaintiff may respond by 6-10-08 by letter brief not to exceed seven (7) pages.
>
> SO ORDERED:
> 5-22-08
> DATE     VICTOR MARRERO, U.S.D.J.