

**World Meteorological Organization**
**Organisation météorologique mondiale**

Secrétariat
7 bis, avenue de la Paix
Case postale 2300
CH 1211 Genève 2
Suisse
Tél.: +41 (0) 22 730 81 11
Fax: +41 (0) 22 730 81 81
E-mail: wmo@wmo.int
Website: www.wmo.int

Our ref.: 6016-08/SG/LC

Annex(es): 1 (+ 5)

Mr Michael McMahon
Clerk of the United States District Court
for the Southern Disctrict Court of New York
500 Pearl Street
NEW YORK, NY 10007-1312
United States of America

**By express courier**



GENEVA, 30 April 2008

Dear Mr McMahon,

Please find attached a copy of the communication whereby the World Meteorological Organization (WMO) has returned to the authorities of the United States the attempted service on WMO Liaison Office in New York of 15 April 2008 in re Veiga v. WMO, Jarraud et al. (Case N° 07CV3182 (VM)) in that it is inconsistent with the immunities of the defendants in international and US national law.

Yours sincerely,

(Juan Llobera Serra)
Legal Counsel

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-08

The Clerk of Court is directed to enter this communication, with all its attachments, into the public docket of this action.

SO ORDERED:
6-10-08
DATE     VICTOR MARRERO, U.S.D.J.

