```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA DO ROSARIO VEIGA,

              Plaintiff,                          07 CIVIL 3182 (VM)

      -against-                                    **JUDGMENT**

WORLD METEOROLOGICAL ORGANIZATION
et al.,

              Defendants.
------------------------------------------------------------X

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on July 15, 2008, having rendered its Decision and Order granting defendant World Meteorological Organization's motion to dismiss the complaint of plaintiff Maria Do Rosario Veiga for lack of subject matter jurisdiction, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 15, 2008, defendant World Meteorological Organization's motion to dismiss the complaint of plaintiff Maria Do Rosario Veiga for lack of subject matter jurisdiction is granted; accordingly, any pending motions are withdrawn and the case is closed.

**Dated:** New York, New York
           July 15, 2008

                                                    J. MICHAEL McMAHON
                                                      Clerk of Court
                            BY:
                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____