United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213



--------------------------------X
Maria Do Rosario VEIGA, Plaintiff

-v-

World meteorological
Organisation, et al., Defendants
--------------------------------X

NOTICE OF APPEAL

07 civ. 3182 (VM)

Notice is hereby given that  Maria Do Rosario VEIGA, plaintiff
                              _____
                                        (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]
granting the Defendant World Meteorological Organisation's
Motion to Dismiss the complaint for lack of subject
matter jurisdiction

entered in this action on the  15th  day of  July , 2008 .
                              (day)        (month)   (year)

                                          (Signature) Edward P. Flaherty, Esq. *
                                          c/o SFA, case postale 510
                                                    (Address)
                                          CH-1211 Geneva 17 Switzerland
                                                (City, State and Zip Code)

Date: 11 August 2008                      (+) 4122 - 840-5000
                                              (Telephone Number)

e-mail: flaherty@sfalegal.com    FAX (+).4122 840-5055

Note: You may use this form to take an appeal provided that it is received by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

* Request for admission to 2nd Circuit Court of
Appeals filed on or about 5 June 2008
is pending

APPEAL FORMS
Docket Support Unit

Revised: April 9, 2006